United International 208 Street NY LLC
90 Jones Street
New hydePark NY. 11040



RECEIVED 2025 MAY 30 A 11:00 U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK