UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re

       CHAU XAO MA,

                               Debtor.
-------------------------------------------------------------x

Chapter 7

Case No. 25-42653-ess

## ORDER TO SHOW CAUSE FOR FAILURE TO FILE PHOTO ID

WHEREAS, on May 30, 2025, Chau Xao Ma (the "Debtor") filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, Administrative Order No. 653 provides that an unrepresented debtor seeking to file bankruptcy in the Eastern District of New York is required to provide a state driver's license, a U.S. passport, an identification card issue by a federal, state, or local governmental entity, military identification, a resident alien card, or a student identification card at the time of filing for bankruptcy; and

WHEREAS, pursuant to Administrative Order No. 653, if a petition is filed without photo identification, photo identification must be provided to the Clerk's Office for all of the debtors named in the petition within 14 days, or a motion for waiver of the requirement must be made within that time; and

WHEREAS, the Debtor did not provide photo identification as provided by Administrative Order No. 653 at the time of filing; and

WHEREAS, the Debtor has not sought a waiver of the requirement to provide photo identification.

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold a video hearing on the Debtor's failure to provide photo identification on **July 8, 2025, at 10:30 a.m.**, before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that the Debtor is directed to appear, via video call, at the July 8, 2025, hearing, to show cause why this case should not be dismissed for failure to provide photo identification as provided by Administrative Order No. 653; and it is further

**ORDERED, that in order to obtain information about photo identification, the Debtor may contact Elise Kanter, Esq., Pro Se Law Clerk, via telephone, Monday through Friday between 9:00 a.m. and 3:00 p.m., at (347) 394-1738, or via email at Elise_Kanter@nyeb.uscourts.gov; and it is further**

**ORDERED, that this hearing will be conducted remotely, via video call. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:**

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number to be used on the hearing date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two days before the hearing.**

**Those unable to access eCourt Appearances should email Judge Stong's Courtroom Deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the**

hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.

Dated: Brooklyn, New York
June 16, 2025



/s/ Elizabeth S. Stong
Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**Chau Xao Ma**
47-11 208 Street
Bayside, NY 11361

**Richard J. McCord**
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408