# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 6/16/2025 |
| Case: 1−25−42653−ess | Form ID: pdf000 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
tr      Richard J. McCord      rmccord@cbah.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Chau Xao Ma      47−11 208 Street      Bayside, NY 11361

TOTAL: 1