# Notice Recipients

District/Off: 0207−1  User: admin  Date Created: 7/2/2025
Case: 1−25−42653−ess  Form ID: 273  Total: 3

**Recipients of Notice of Electronic Filing:**
ust       Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
tr        Richard J. McCord     rmccord@cbah.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Chau Xao Ma     47−11 208 Street     Bayside, NY 11361

TOTAL: 1